IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERTO PRADO-SANTOS,**

    Petitioner,

vs.                                        Case No. 4:17cv527-RH/CAS

**JEFF SESSIONS, et al.,**

    Respondents.

_____/

## ORDER and REPORT AND RECOMMENDATION

Service of the pro se Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, was directed on November 20, 2017. ECF No. 4. Petitioner is a native and citizen of Cuba who entered the United States in May 1980. ECF No. 1 at 2, 4. He was ordered removed from the United States on March 31, 1994, and taken into ICE custody on May 30, 2017. Petitioner alleges that ICE has been unable to remove him to Cuba, *id.* at 4, and claims it is not significantly likely that he will be removed in the reasonably foreseeable future. *Id.* Petitioner seeks release from detention pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.* at 4-5.

Respondents have now filed a motion to dismiss, ECF No. 12, which asserts that the petition is moot because Petitioner was released under an order of supervision. Attached to the motion is an exhibit revealing that Petitioner was released from detention on November 27, 2017. ECF No. 10-1. Therefore, because Petitioner has been afforded the relief sought, release from detention, this § 2241 petition should now be dismissed as moot.

The motion to dismiss contains a certificate of service which indicates the document was provided to Petitioner at both his address of record and his address upon release from the Wakulla County Jail: 971 East 13th Street, Hialeah, Florida 33010. ECF No. 10 at 4. The Clerk of Court shall forward this Report and Recommendation to Petitioner at both of those addresses as well. If Petitioner disputes that this case is moot, he must immediately file "objections" and a notice of change of address.

**ORDER**

It is **ORDERED** that the Clerk of Court shall forward this Order and Report and Recommendation to Petitioner at 971 East 13th Street, Hialeah, Florida 33010.

## REPORT AND RECOMMENDATION

In light of Respondents' demonstration that Petitioner has been released on an order of supervision, it is respectfully **RECOMMENDED** that the § 2241 petition be **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition.

**IN CHAMBERS** at Tallahassee, Florida, on December 22, 2017.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**